ORIGINAL

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

FILED
MAY 31 2006
U.S. COURT OF FEDERAL CLAIMS

| | |
|---|---|
| L-3 COMMUNICATIONS CORP.<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF THE INTERIOR<br><br>Defendant. | No. 06-431 C<br>Judge: |

**PLAINTIFF'S APPLICATION FOR TEMPORARY RESTRAINING ORDER**

Pursuant to General Rule 65(b) of the Rules of the United States Court of Federal Claims and for the reasons set forth in the accompanying Memorandum of Points and Authorities in Support of Plaintiff's Application for Temporary Restraining Order and Motion for Preliminary Injunction, and in the accompanying Complaint for Declaratory Judgment and Preliminary and Permanent Injunctive Relief, both incorporated herein by reference, Plaintiff, L-3 Communications Corporation, Link Simulation & Training Division ("L-3"), respectfully applies to this Court for an order temporarily restraining the Defendant, United States Department of the Interior, GovWorks, from permitting Lockheed Martin Services Inc. ("Lockheed Martin") to commence with performance under the contract awarded to Lockheed Martin under Request for Proposals Number 60246.

The undersigned counsel for L-3 notified the Contracting Officer, the Department of Justice, and an apparent interested party of the filing of this action as required under 28 U.S.C. §

1491(b). All papers in this matter were furnished to the Department of Justice (by hand delivery) on May 30, 2006, and were hand delivered t the Contracting Officer. L-3 requests a hearing on this application at the earliest possible opportunity.

WHEREFORE, it is respectfully requested that this application be granted and a temporary restraining order be entered in the form attached hereto.

Respectfully submitted,

Michael A. Hordell
PEPPER HAMILTON LLP
600 14th Street, N.W., Suite 500
Washington, DC 20005-2004
Telephone: (202) 220-1200
Facsimile: (202) 220-1665
Attorney for L-3 Communications Corporation
Link Simulation & Training Division

Of Counsel
Charles H. Carpenter
Sean P. Bamford
PEPPER HAMILTON LLP

Dated: May 30, 2006

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | | |
|---|---|---|
| L-3 COMMUNICATIONS CORP.<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF THE INTERIOR<br><br>Defendant. | ) | No. ________________<br>Judge: ________________ |

## TEMPORARY RESTRAINING ORDER

This matter having come before the Court on Plaintiff's L-3 Communications Corporation, Link Simulation & Training Division ("L-3"), Application for Temporary Restraining Order, and it appearing to the Court that L-3 has shown a likelihood of success on the merits, and that irreparable injury will occur in the absence of immediate relief, it is this _____ day of ________, 2002,

ORDERED, that until such time as L-3's Motion for Preliminary Injunction is heard and determined, Defendant, United States Department of the Interior, GovWorks, is hereby restrained and enjoined from permitting Lockheed Martin Services Inc. ("Lockheed Martin") to commence with performance under the contract awarded to Lockheed Martin under Request for Proposals Number 60246; and

ORDERED, that L-3's Motion for Preliminary Injunction shall be heard on

________________, 2006 at ______ a.m./p.m.

_______________________________
Judge

To: United States Department of the Interior
GovWorks
Procurement Operations Branch
381 Elden Street, MS 2510
Herndon, VA 20170-4817

Counsel for L-3 Communications Corporation, Link Simulation & Training Division
Michael A. Hordell
PEPPER HAMILTON LLP
600 14th Street, N.W., Suite 500
Washington, DC 20005-2004

Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W., Room 12124
Washington, D.C. 20530

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

BID PROTEST

| | | |
|---|---|---|
| L-3 COMMUNICATIONS CORP.<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF THE INTERIOR<br><br>Defendant. | ) | No. ____________<br>Judge: ____________ |

**CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that on May 30, 2006, true copies of the following documents were served by hand-delivery upon Andrew P. Averbach, Trial Attorney, Department of Justice, Commercial Litigation Branch, Civil Division, 1100 L Street, Room 11012, Washington, D.C. 20530; by hand-delivery, via courier, upon Kathleen Engel, Contracting Officer, United States Department of the Interior, GovWorks, Procurement Operations Branch, 381 Elden Street, MS 2510, Herndon, VA 20170; and, by overnight courier upon Richard L. Druckendrodt, Program Manager, Lockheed Martin Systems, Inc., 6030 S. Kent Road, Mesa, AZ 85212 :

1. Verified Complaint for Declaratory Judgment, Temporary Restraining Order, Preliminary and Permanent Injunctive Relief;

2. Plaintiff's Application for Temporary Restraining Order and proposed Order;

3. Plaintiff's Motion for Preliminary Injunction and proposed Order;

4. Memorandum of Points and Authorities in Support of Plaintiff's Application for Temporary Restraining Order and Motion for Preliminary Injunction;

5. Motion for Protective Order and proposed Protective Order; and,

6. Plaintiff's Rule 7.1 Corporate Disclosure Statement.

Respectfully submitted,

Michael A. Hordell
PEPPER HAMILTON LLP
600 14th Street, N.W., Suite 500
Washington, DC 20005-2004
Telephone: (202)220-1200
Facsimile: (202) 220-1665
Counsel for L-3 Communications Corporation, Link Simulation & Training Division

Dated: May 31, 2006