ORIGINAL

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

FILED
MAY 31 2006
U.S. COURT OF FEDERAL CLAIMS

L-3 COMMUNICATIONS CORP.

Plaintiff,

v.

U.S. DEPARTMENT OF THE INTERIOR

Defendant.

No. 06-431 C
Judge:

## PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

Pursuant to Rule 65(a) of the Rules of the United States Court of Federal Claims and for the reasons set forth in the accompanying Memorandum of Points and Authorities in Support of Plaintiff's Application for Temporary Restraining Order and Motion for Preliminary Injunction, and in the accompanying Complaint for Declaratory Judgment and Preliminary and Permanent Injunctive Relief, both incorporated herein by reference, L-3 Communications Corporation, Link Simulation & Training Division ("L-3"), respectfully requests that this Motion for a Preliminary Injunction be granted and that the Court issue an order enjoining the Defendant, United States Department of the Interior, GovWorks, from permitting Lockheed Martin Services Inc. ("Lockheed Martin") to commence with performance under the contract awarded to Lockheed Martin under Request for Proposals Number 60246, until such time as the Court has an opportunity to issue a judgment declaring the rights of

the parties and awarding the Plaintiff the permanent injunctive relief prayed for in its Complaint.

Respectfully submitted,

Michael A. Hordell
PEPPER HAMILTON LLP
600 14th Street, N.W., Suite 500
Washington, DC 20005-2004
Telephone: (202) 220-1200
Facsimile: (202) 220-1665
Attorney for L-3 Communications Corporation
Link Simulation & Training Division

Of Counsel
Charles H. Carpenter
Sean P. Bamford
PEPPER HAMILTON LLP

Dated: May 30, 2006

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | | |
|---|---|---|
| L-3 COMMUNICATIONS CORP.<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF<br>THE INTERIOR<br><br>Defendant. | ) | No. ______________<br>Judge: ______________ |

**ORDER**

This matter having come before the Court on Plaintiff's L-3 Communications Corporation, Link Simulation & Training Division ("L-3"), Motion for Preliminary Injunction, and it appearing to the Court that L-3 has shown (1) that it is likely to prevail on the merits; (2) that it will suffer immediate and irreparable injury if the injunction is denied; (3) that the balance of hardships on all the parties favors L-3; and (4) that injunctive relief is in the public interest, it is this _____ day of ________, 2006,

ORDERED, that the United States Department of the Interior, GovWorks is hereby restrained and enjoined from permitting, Lockheed Martin Services Inc. ("Lockheed Martin") to commence with performance under the contract awarded to Lockheed Martin under Request for Proposals Number 60246 until the final hearing and determination of this case and until further order of this Court.

__________________________
Judge

To: United States Department of the Interior
GovWorks
Procurement Operations Branch
381 Elden Street, MS 2510
Herndon, VA 20170-4817

Counsel for L-3 Communications Corporation, Link Simulation & Training Division
Michael A. Hordell
PEPPER HAMILTON LLP
600 14th Street, N.W., Suite 500
Washington, DC 20005-2004

Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W., Room 12124
Washington, D.C. 20530