# In The United States Court of Federal Claims

No. 06-431C

(Filed: June 1, 2006)

L-3 COMMUNICATIONS CORP.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

## ORDER

A telephonic preliminary status conference will be held in this case on Friday, June 2, 2006, at 10:00 a.m. (EDT). Chambers will contact the parties shortly before the scheduled conference time.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge