# In The United States Court of Federal Claims

| | | |
|---|---|---|
| L-3 COMMUNICATIONS CORP., Plaintiff, | ) | |
| v. | ) | No. 06-431 |
| | ) | Judge Allegra |
| U.S. DEPARTMENT OF THE INTERIOR, Defendant. | ) | BID PROTEST |

**MOTION TO INTERVENE**

Pursuant to Rules 24(a) and 7(b) of the Rules of the United States Court of Federal Claims ("RCFC"), Lockheed Martin Services, Inc. ("Lockheed Martin"), through undersigned counsel, respectfully moves to intervene in the above-captioned case. Lockheed Martin is entitled to intervene as a matter of right under RCFC 24(a)(2). The accompanying Memorandum of Points and Authorities in Support of Its Motion to Intervene sets forth the legal and factual basis for this Motion.

Lockheed Martin respectfully requests that this Court grant its Motion to Intervene.

Respectfully Submitted,

/s/ Allison D. Pugsley

Allison D. Pugsley
Hogan & Hartson
555 Thirteenth Street, NW
Washington, D.C. 20004
202-637-6817
202-637-5910 (fax)
ADPugsley@HHLaw.com

Of Counsel:

Michael F. Mason
Hogan & Hartson
555 Thirteenth Street, NW
Washington, D.C. 20004
202-637-5499
202-637-5910 (fax)
MFMason@HHLaw.com

Dated: June 1, 2006