# In The United States Court of Federal Claims

| | |
|---|---|
| L-3 COMMUNICATIONS CORP., Plaintiff, | No. 06-431 |
| v. | Judge Allegra |
| U.S. DEPARTMENT OF THE INTERIOR, Defendant. | BID PROTEST |

**NOTICE OF APPEARANCE**

Please enter the appearance of Michael F. Mason as attorney of record for defendant-intervenor Lockheed Martin Services, Inc. ("Lockheed Martin").

/s/ Michael F. Mason
Michael F. Mason
Hogan & Hartson
555 Thirteenth Street, NW
Washington, D.C. 20004
202-637-5499
202-637-5910 (fax)
MFMason@HHLaw.com

Dated: June 1, 2006