**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | |
|---|---|
| L-3 COMMUNICATIONS CORP.<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF THE INTERIOR<br><br>Defendant. | No. 1:06-cv-431<br>Judge: Francis M. Allegra |

**PLAINTIFF'S AMENDED MOTION FOR PROTECTIVE ORDER**

With this supplement to the motion for protective order, Plaintiff hereby provides an electronic copy of its proposed protective order

Respectfully Submitted,

/ s / Michael A. Hordell

Michael A. Hordell
PEPPER HAMILTON LLP
600 14th Street, N.W., Suite 500
Washington, DC 20005-2004
Telephone: (202) 220-1200
Facsimile: (202) 220-1665
Attorney for L-3 Communications Corporation
Link Simulation & Training Division

Of Counsel
Charles H. Carpenter
Sean P. Bamford
PEPPER HAMILTON LLP

Dated: June 2, 2006