# In The United States Court of Federal Claims

| | |
|---|---|
| L-3 COMMUNICATIONS CORP., Plaintiff, | No. 06-431 |
| v. | Judge Allegra |
| U.S. DEPARTMENT OF THE INTERIOR, Defendant, and | BID PROTEST |
| LOCKHEED MARTIN SERVICES, INC., Defendant-Intervenor. | |

**MOTION FOR SUBSITUTION OF ATTORNEY OF RECORD**

Pursuant to Rule 83.1(c)(4) of the Rules of the United States Court of Federal Claims, Lockheed Martin Services, Inc., through undersigned counsel, hereby moves to substitute Michael F. Mason for Allison D. Pugsley as its attorney of record in the above-captioned case. Ms. Pugsley consents to this Motion.

/s/ Michael F. Mason
Michael F. Mason
Hogan & Hartson
555 Thirteenth Street, NW
Washington, D.C. 20004
202-637-5499
202-637-5910 (fax)
MFMason@HHLaw.com

Of Counsel:

Allison D. Pugsley
Hogan & Hartson
555 Thirteenth Street, NW
Washington, D.C. 20004
202-637-6817

Dated: June 2, 2006

# In The United States Court of Federal Claims

| | |
|---|---|
| L-3 COMMUNICATIONS CORP.,<br>Plaintiff,<br>v.<br>U.S. DEPARTMENT OF THE INTERIOR,<br>Defendant, and<br>LOCKHEED MARTIN SERVICES, INC.,<br>Defendant-Intervenor. | No. 06-431<br>Judge Allegra<br>BID PROTEST |

**AFFIDAVIT OF APPOINTMENT**

I, Michael F. Mason, represent the following:

1. I have been hired by Lockheed Martin Services, Inc. to represent them as the attorney of record in the above-captioned case.

2. The current attorney of record, Allison Pugsley, consents to this motion.

/s/ Michael F. Mason
Michael F. Mason

Dated: June 2, 2006

# In The United States Court of Federal Claims

| | |
|---|---|
| L-3 COMMUNICATIONS CORP.,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF<br>THE INTERIOR,<br><br>Defendant, and<br><br>LOCKHEED MARTIN SERVICES, INC.,<br><br>Defendant-Intervenor. | No. 06-431<br><br>Judge Allegra<br><br>BID PROTEST |

**CONSENT TO SUBSTITUTION OF ATTORNEY OF RECORD**

I, Allison D. Pugsley, attorney of record in the above-captioned case, hereby acknowledge my consent to Lockheed Martin Services, Inc.'s Motion For Substitution of Attorney of Record to substitute Michael F. Mason for me as attorney of record.

/s/ Allison D. Pugsley
Allison D. Pugsley

Dated: June 2, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that on June 2, 2006, a copy of the foregoing Motion for Substitution of Attorney of Record, Affidavit of Appointment, and Consent to Substitution of Attorney of Record was filed electronically. Service in electronic cases is effectuated through the Court's electronic filing system.

/s/ Michael F. Mason
Michael F. Mason