# In The United States Court of Federal Claims

No. 06-431C

(Filed: June 2, 2006)

L-3 COMMUNICATIONS CORP.,

Plaintiff,

v.

U.S. DEPARTMENT OF THE INTERIOR,

Defendant,

LOCKHEED MARTIN SERVICES, INC.,

Defendant-Intervenor.

## ORDER

On June 2, 2006, an initial telephonic status conference was held to discuss proceedings in this bid protest matter. Participating in the conference were Michael A. Hordell, on behalf of plaintiff; Andrew P. Averbach, on behalf of defendant; and Michael F. Mason, on behalf of defendant-intervenor. In accordance with the discussion held therein, the court adopts the following schedule for the resolution of plaintiff's complaint:

1. On or before June 3, 2006, plaintiff shall file its motion for disqualification;

2. On or before June 5, 2006, defendant-intervenor shall file its response to plaintiff's motion for disqualification. Defendant may respond to plaintiff's motion on the same date, as appropriate;

3. On or before June 7, 2006, defendant shall file the administrative record;

4. On or before June 16, 2006, plaintiff shall file its motion for judgment on the administrative record;

5. On or before June 23, 2006, defendant shall file its cross-motion for judgment on the administrative record and its response to plaintiff's motion;

6. On or before June 30, 2006, plaintiff shall file its response to defendant's cross-motion and its reply in support of its motion for judgment on the administrative record;

7. On or before 12:00 p.m. (EDT) on July 7, 2006, defendant shall file its reply in support of its cross-motion for judgment on the administrative record;

8. Any filing by defendant-intervenor in support of defendant's cross-motion shall be filed on the date defendant's filings are due;

8. Oral argument on these motions will be held on July 10, 2006, at 10:00 a.m. (EDT) at the United States Court of Federal Claims, National Courts Building, 717 Madison Place NW, Washington, D.C. 20005;

9. Defendant shall not be required to file an answer in this matter.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge