**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | | |
|---|---|---|
| L-3 COMMUNICATIONS CORP., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 1:06-cv-431 |
| | ) | Judge: Francis M. Allegra |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**PLAINTIFF'S MOTION**
**TO DISQUALIFY INTERVENOR'S COUNSEL**

Comes now Plaintiff and seeks an order disqualifying Hogan & Hartson L.L.P., and any lawyers of that firm, from representing Intervenor in this action, and in support thereof, directs the Court to the accompanying brief.

Respectfully submitted,

/s/ Michael A. Hordell
Michael A. Hordell
PEPPER HAMILTON LLP
600 14th Street, N.W., Suite 500
Washington, DC 20005-2004
Telephone: (202) 220-1200
Facsimile: (202) 220-1665

*Attorney for L-3 Communications Corporation*
*Link Simulation & Training Division*

Of Counsel
Charles H. Carpenter
Sean P. Bamford
PEPPER HAMILTON LLP

Dated: June 3, 2006