**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | | |
|---|---|---|
| L-3 COMMUNICATIONS CORP., Plaintiff, | ) | |
| v. | ) | No. 1:06-cv-431<br>Judge: Francis M. Allegra |
| THE UNITED STATES, Defendant. | ) | |

**ORDER GRANTING PLAINTIFF'S MOTION**
**TO DISQUALIFY INTERVENOR'S COUNSEL**

Upon consideration of Plaintiff's motion to disqualify Intervenor's counsel, the papers submitted in support thereof and in opposition thereto, the applicable law, and the entire record in this case, it is, by the Court, this 6th day of June, 2006

ORDERED that the motion shall be, and hereby is, GRANTED; and it is

FURTHER ORDERED that Hogan & Hartson L.L.P., and all lawyers of that firm, shall be, and hereby are, DISQUALIFIED from representing Intervenor in this action; and it is

FURTHER ORDERED that the appearance of Michael Mason, Esquire, as counsel of record for Intervenor shall be, and hereby is, STRICKEN; and it is

FURTHER ORDERED that within __ days of the date of this Order, new counsel of record shall appear on behalf of Intervenor.

Dated: June 6, 2006

______________________________
Francis M. Allegra, Judge