IN THE UNITED STATES COURT OF FEDERAL CLAIMS

**BID PROTEST**

| | | |
|---|---|---|
| L-3 COMMUNICATIONS CORP., | ) | |
| | ) | |
| Plaintiff, | ) | No. 06-431C |
| | ) | (Judge Allegra) |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| LOCKHEED MARTIN SERVICES, INC. | ) | |
| | ) | |
| Defendant-Intervenor. | ) | |

**NOTICE OF FILING OF ADMINISTRATIVE RECORD**

Pursuant to the Court's order dated June 2, 2006, defendant, the United States, respectfully provides notice of filing of the administrative record.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/William F. Ryan
WILLIAM F. RYAN
Assistant Director

s/Andrew P. Averbach
ANDREW P. AVERBACH
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 353-0527
Fax: (202) 305-2118

Dated: June 7, 2006

Attorneys for Defendant