**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | | |
|---|---|---|
| L-3 COMMUNICATIONS CORP., Plaintiff, | ) | |
| v. | ) | No. 1:06-cv-431<br>Judge: Francis M. Allegra |
| THE UNITED STATES, Defendant, and | ) | |
| LOCKHEED MARTIN SERVICES, INC., Defendant-Intervenor. | ) | |

## NOTICE OF VOLUNTARY DISMISSAL

Based upon the June 12, 2006 letter from the United States vacating the award that is the subject of this bid protest, the June 12, 2006 letter from the United States concerning corrective actions to be taken, the representations made to Plaintiff by counsel for the United States concerning such corrective actions, and pursuant to Rule 41(a)(1)(i), Plaintiff hereby notifies the Court of its dismissal of the above-captioned action, without prejudice.

/s/ Michael A. Hordell
Michael A. Hordell
PEPPER HAMILTON LLP
600 14th Street, N.W., Suite 500
Washington, DC 20005-2004
Telephone: (202) 220-1200
Facsimile: (202) 220-1665

*Attorney for L-3 Communications Corporation*
*Link Simulation & Training Division*

Of Counsel
Charles H. Carpenter
Sean P. Bamford
PEPPER HAMILTON LLP

Dated: June 13, 2006